8-73

Case Number

2:05cv535-F
ID  YR  NUMBER

(To be completed by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

Mont Ala Fed Court
[Insert appropriate court]

Levent Reob 229554
(Petitioner)

Ala Supreme Court
Atty Gen for State Ala
(Respondent(s))

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Levent Reob 229-554, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?     Yes _____     No ✓

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   _____

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

   _____

   _____

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?

      Yes _____     No ✓

   b. Rent payments, interest, or dividends?

      Yes _____     No ✓

   c. Pensions, annuities, or life insurance payments?

      Yes _____     No ✓

   d. Gifts or inheritances?

      Yes _____     No ✓

   e. Any other sources?

      Yes _____     No ✓

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____          No ✓

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

_____
_____
_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____          No ✓

   If the answer is "yes", describe the property and state its approximate value.

_____
_____
_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____
_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____
            (Date)

*Kurt Reed* 111 229554
Signature of Petitioner

**CERTIFICATE**                6-1-05

I hereby certify that the petitioner herein has the sum of $ .05 on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said _Fountain Corr_ institution:

_____
_____

6/3/05  *[signature]*
DATE

AUTHORIZED OFFICER OF INSTITUTION

Rule 32

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
FOUNTAIN CORRECTIONAL CENTER

AIS #: 229554    NAME: REED, LEVERT III    AS OF: 06/03/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JUN | 27 | $1.60 | $10.00 |
| JUL | 31 | $28.95 | $95.20 |
| AUG | 31 | $27.70 | $40.20 |
| SEP | 30 | $9.23 | $20.00 |
| OCT | 31 | $12.66 | $70.30 |
| NOV | 30 | $5.53 | $25.00 |
| DEC | 31 | $11.87 | $50.20 |
| JAN | 31 | $6.42 | $20.20 |
| FEB | 28 | $40.47 | $110.10 |
| MAR | 31 | $15.26 | $50.10 |
| APR | 30 | $2.96 | $20.00 |
| MAY | 31 | $3.97 | $28.67 |
| JUN | 3 | $0.05 | $0.00 |
| Average 12 month balance | | $13.89 | $45.00 |

Vicki S. Hardy, PMOD Clerk

STATE OF ALABAMA, ESCAMBIA COUNTY, SWORN TO AND SUBSCRIBED BEFORE ME THIS 3rd DAY OF JUNE, 2005.

_____ Notary Public

My Commission Expires Oct. 25, 2003



# IN THE SUPREME COURT OF ALABAMA

May 19, 2005

**1041206**

Ex parte Levert Reed III. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: Levert Reed III v. State of Alabama) (Washington Circuit Court: CC02-226.60; Criminal Appeals : CR-04-0782).

## ORDER

IT IS ORDERED that the petition for writ of certiorari filed in this cause on May 11, 2005, is stricken for failure to comply with Rule 39(c)(1), Alabama Rules of Appellate Procedure.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.

Witness my hand this 19th day of May 2005

*Robert D Esdale Sr*
Clerk, Supreme Court of Alabama

cc:
Levert Reed, III, Pro Se
Hon. Troy R. King, Attorney General
Hon. P. David Bjurberg, Asst. Attorney General

/ag